FILED:  December 28, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7030
_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

ANDREW HARGETT, JR., a/k/a Moneybun,

        Defendant – Appellant.

_____

O R D E R
_____

The Court amends its opinion filed on December 27, 2022, as follows:

On the cover page, the lower court information is corrected to reflect that James C. Dever III was the district court judge.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk